UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UBS AG

    Plaintiff,

vs.

ENRIQUE CLEMENTE BENET,

    Defendant.
_____/

CASE NO.: 00-3061-CIV-HUCK
MAGISTRATE JUDGE BROWN

FILED by _____ D.C.

OCT 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### Order Directing Payment From Garnished Account

THIS CAUSE came before the Court upon defendant Enrique Clemente Benet's ore tenus motion for release of garnished funds for the purpose of paying costs associated with the hearing on defendant's motion to dissolve pre-judgment writ of garnishment. The Court, having heard argument of counsel and otherwise being advised in the premises, hereby

ORDERS and ADJUDGES that:

Garnishee, Northern Trust Bank of Florida, N.A. ("Northern Trust") is hereby directed forthwith to pay $25,000, from the funds currently subject to the writ of garnishment entered in this case, to the Trust Account of Rodriguez & Angelo, P.A. Northern Trust shall debit Enrique Clemente Benet's checking account, account # 1216001809, and shall issue a bank check payable to Rodriguez & Angelo, P.A.'s Trust Account.

The monies to be deposited in Rodriguez & Angelo, P.A.'s Trust Account shall be used solely for the payment of costs and expenses associated with the hearing on the motion to dissolve the writs of garnishment, including expert witness fees and witness travel expenses.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida on Oct 5, 2000

_____
United States District Judge

Copy furnished to all counsel of record

OCT 1 0 2000

Rec'd in MIA Dkt _____