UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UBS AG

    Plaintiff,

vs.

ENRIQUE CLEMENTE BENET,

    Defendant.
_____/

CASE NO.: 00-3061-CIV-HUCK
MAGISTRATE JUDGE BROWN

FILED by _____ D.C.
OCT 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### Order Dissolving Prejudgment Writ of Garnishment

THIS CAUSE came before the Court upon Defendant Benet's Motion to Dissolve Prejudgment Writs of Garnishment, For Attorney's Fees, and For Emergency Hearing. The Court, having heard extensive argument of counsel, having conducted a two-day hearing where the Court considered all of the parties' evidence, including expert witness testimony presented through depositions, and the Court otherwise being advised in the premises, hereby

ORDERS and ADJUDGES that:

The Writ of Garnishment directed to Garnishee, Northern Trust Bank of Florida, N.A. ("Northern Trust") previously entered by the Court is hereby dissolved and vacated. Northern Trust is directed to remove any "freeze" or "block" placed upon the accounts of defendant Enrique Clemente Benet. In addition, the restrictions previously placed upon the $25,000 that the Court directed Northern Trust to pay into Rodriguez & Angelo, P.A.'s Trust Account are hereby withdrawn. This order shall take effect at 3:00 p.m. on October 18, 2000. The bond posted by Plaintiff UBS AG in order to obtain the writ of garnishment shall remain in full force and effect. The Court shall address Defendant Benet's motion for attorneys' fees separately.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida on Oct 18, 2000

                                                            United States District Judge

Copy furnished to all counsel of record.
Wendy Hill ElDeiry, Esq counsel for Northern Trust